FRANK C. KOWALCZYK, Respondent, v. SOUTH BAY CONSOLIDATED WATER COMPANY, INC., Appellant, et al., Defendants.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.